

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jacob West Hathaway,

Vs. No. 11-19-00296-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County
Trial Court No. 27773A.

\* April 2, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.